UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHEAL BROOKS,

vs.  CASE NO.: 5:24-mc-6-ACC-PRL

DEPARTMENT OF JUSTICE
_____/

## CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS TO FINANCIAL RECORDS

COMES NOW the Movant, MICHEAL BROOKS, by and through his undersigned counsel and pursuant to Section 1110 of the of the Right to Financial Privacy Act 0f 1978, 12 U.S.C. § 3410, hereby moves this Court for an order preventing the Government from obtaining access to Movant's financial records. The agency seeking access is the Office of the Inspector General, U.S. Department of Justice.

The movant's financial records are held by Block, Inc, operating as CashApp.

In support of this Motion, the Court is respectfully referred to the movant's sworn statement filed with this motion.

DATED this 1st day of October, 2024.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1st, 2024, I sent a copy of this motion and the attached sworn statement via electronic mail to the following:

Jonathan M. Malis, Esq. Jonathan.m.malis@usdoj.gov.

RESPECTFULLY SUBMITTED,
/s/ David Anthony Wilson

DAVID ANTHONY WILSON
201 S.W. 2nd Street, Suite 101
Ocala, FL 34471
(352) 629-4466
david@dwilsonlaw.com
Attorney for Movant
Florida Bar No: 0983675
FL Middle District ID: 18698