UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHEAL BROOKS,

    Plaintiff,

v.                                         Case No: 5:24-mc-6-ACC-PRL

DEPARTMENT OF JUSTICE,

    Defendant.

### ORDER

Plaintiff Micheal Brooks initiated this action by filing a Motion to Challenge Government's Access to Financial Records, challenging the Office of the Inspector General, U.S. Department of Justice's subpoena seeking access to his financial records held by Block, Inc. under the customer challenges provision of the Right to Financial Privacy Act of 1978, 12 U.S.C. § 3401 et seq. ("RFPA"). (Doc. 1). Previously, due to deficiencies in the original motion noted under § 3410 of the RFPA, the Court allowed Plaintiff to file an amended motion. (Doc. 2). Plaintiff has now filed an Amended Motion to Challenge Government's Access to Financial Records. (Doc. 5).

Upon due consideration, the Court finds that Plaintiff's amended motion has cured the deficiencies noted in his original motion and complies with the requirements provided under § 3410. As such, in accordance with § 3410(b), the Government must now file a sworn response, which may be filed *in camera* if the Government includes in its response the reasons which make *in camera* review appropriate.

Accordingly, the Government shall file a response to Plaintiff's amended motion on or before **December 9, 2024**. The Clerk is directed to serve by certified mail, return receipt

- 2 -

requested, a copy of the Plaintiff's Amended Motion to Challenge Government's Access to Financial Records (Doc. 5), and this Order to the United States Attorney General; the United States Attorney for this district; and Jonathan Malis, General Counsel at the Office of the Inspector General, U.S. Department of Justice (950 Pennsylvania Avenue, N.W., Room 4706, Washington, D.C. 20530). The Clerk is also directed to serve the same by electronic mail to Mr. Malis at jonathan.m.malis@usdoj.gov.

**DONE** and **ORDERED** in Ocala, Florida on November 18, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties