UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MICHEAL BROOKS,**

   Petitioner,

v.     Case No: 5:24-mc-6-ACC-PRL

**DEPARTMENT OF JUSTICE,**

   Respondent.

### ORDER

This matter comes before the Court on Petitioner's Amended Motion to Challenge Government's Access to Financial Records, challenging the Office of the Inspector General, U.S. Department of Justice's subpoena seeking access to his financial records held by Block, Inc. under the customer challenges provision of the Right to Financial Privacy Act of 1978, 12 U.S.C. § 3401 et seq. (Doc. 5). The Court ordered the Respondent to respond to the amended motion (Doc. 8), and the Respondent has now filed a response. (Doc. 9).

In this case, Petitioner sought to quash the Respondent's subpoena duces tecum issued to Block, Inc. for the production of his financial records. Pursuant to § 3410(a), Petitioner asserted that the financial records sought by the Respondent were not relevant to the legitimate law enforcement inquiry stated in its Customer Notice because "the purpose set forth therein [w]as overly broad and not sufficiently described to warrant the disclosure of the information sought." (Doc. 5-1). In response, the Respondent indicated that Block, Inc.—the entity subject to the challenged subpoena—advised the Respondent that it did not have any documents that would be responsive to the subpoena and, therefore, the basis for Petitioner's amended motion is moot. (Doc. 9 at p. 1).

Accordingly, and upon due consideration, Petitioner's Amended Motion to Challenge Government's Access to Financial Records (Doc. 5) is **DENIED as moot**.

**DONE** and **ORDERED** in Ocala, Florida on November 22, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties